UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **William A. Jacobson**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Mary T. Bassett**, in her official capacity as Acting Commissioner of the New York Department of Health,<br><br>Defendant. | Case No. 3:22-cv-00033-MAD-ML |

### PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that, pursuant to the schedule ordered by this Court and upon the annexed memorandum of law, declaration, and all other pleadings and proceedings, Plaintiff William A. Jacobson respectfully moves this Court for a preliminary injunction restraining the Defendant and her successors from implementing and enforcing the racial preferences in the COVID-19 treatment policy issued by the New York Department of Health.

Respectfully submitted.

 

| | |
|---|---|
| | */s/ Jonathan F. Mitchell* |
| Gene P. Hamilton* | Jonathan F. Mitchell* |
| Virginia Bar No. 80434 | Texas Bar No. 24075463 |
| Vice-President and General Counsel | Mitchell Law PLLC |
| America First Legal Foundation | 111 Congress Avenue, Suite 400 |
| 300 Independence Avenue SE | Austin, Texas 78701 |
| Washington, DC 20003 | (512) 686-3940 (phone) |
| (202) 964-3721 | (512) 686-3941 (fax) |
| gene.hamilton@aflegal.org | jonathan@mitchell.law |

(additional counsel listed
on following page)

Adam K. Mortara*
Illinois Bar No. 6282005
Lawfair LLC
125 South Wacker Drive Suite 300
Chicago, Illinois 60606
(773) 750-7154
adam@mortaralaw.com

James P. Trainor
New York Bar No. 505767
Trainor Law PLLC
2452 U.S. Route 9
Malta, New York 12020
518-899-9200 (phone)
518-899-9300 (fax)
jamest@trainor-lawfirm.com

Jeffrey Harris*
Michael Connolly*
James Hasson*
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
(703) 243-9423
Arlington, Virginia 22209
jeff@consovoymccarthy.com
mike@consovoymccarthy.com
james@consovoymccarthy.com

* admitted *pro hac vice* or
*pro hac vice* application pending

*Counsel for Plaintiff and
the Proposed Class*

Dated: February 4, 2022

## CERTIFICATE OF SERVICE

 I certify that on February 4, 2022, I electronically filed this document with the clerk of court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

             /s/ *Jonathan F. Mitchell*
             JONATHAN F. MITCHELL
             *Counsel for Plaintiff and*
             *the Proposed Class*