UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILLIAM A. JACOBSON, on behalf of himself and others similarly situated, | |
| *Plaintiff*, | **NOTICE OF CROSS-MOTION** |
| -against- | 22-CV-0033 |
| MARY T. BASSETT, in her official capacity as Acting Commissioner of the New York Department of Health, | MAD/ML |
| *Defendant*. | |

---

PLEASE TAKE NOTICE that upon the Complaint, the accompanying Declaration of Eugene Heslin, MD, FAAFP, Memorandum of Law, and all prior proceedings, Defendant Mary T. Bassett on a date and time to be scheduled by the Clerk of the Court, or as soon thereafter as counsel can be heard, will make a cross-motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint in its entirety with prejudice, together with such other or further relief as may be just.

Dated: Albany, New York
February 18, 2022

                                                LETITA JAMES
Attorney General
State of New York
Attorney for Defendant Mary T. Bassett
The Capitol
Albany, New York  12224

By: *s/ Adrienne J. Kerwin*
Adrienne J. Kerwin
Assistant Attorney General, of Counsel
Bar Roll No. 105154
Telephone: (518) 776-2608
Fax::   (518) 915-7738 (Not for service of papers)
Email: Adrienne.Kerwin@ag.ny.gov

To (via ECF):  All counsel of record