## Daily Community Clusters

Report Data as of 2/16/2022

- Note on multi-county clusters: Clusters that appear across multiple counties are now reported together as the same cluster if they originated at the same source. Each county where that cluster appears, as well as its associated case/contact counts, are listed as separate rows within the cluster on the detailed cluster report. These multi-county clusters are only counted once in the overall cluster counts on the summary report page.
- A cluster is defined as 2 or more non-household laboratory-confirmed cases of SARS-CoV-2 infection among individuals with an epidemiological link (i.e., event, extended family, workplace, childcare, school, university, sports team/event, etc.).
- This dashboard is not comprehensive of all clusters, as reporting clusters into CommCare varies by county and region.

**Total Clusters (Cumulative)**
4,829

**Total Clusters (2/16/22)**
1

**Total Associated Cases (Cumulative)**
47,603

**Total Associated Cases (2/16/22)**
4

**Industries with New Clusters (2/16/22)**
1

**Regions with New Clusters (2/16/22)**
1

### Daily Community Cluster Summary by Industry

| Cluster Setting | Clusters | 1 Day | 1 Week | 4 Weeks | Associated Cases | (vs. prior day) |
|---|---|---|---|---|---|---|
| Total | 4,829 | +1 | +6 | +14 | 47,603 | +4 |
| School (Pre-K-12) | 781 | | | +1 | 6,567 | |
| Social Gathering/Community Gathering/.. | 424 | | | | 3,073 | |
| Daycare | 413 | | +1 | +2 | 2,860 | |
| Other manufacturing | 360 | | | +1 | 3,253 | |
| Group home for adults or children | 312 | | +1 | +3 | 2,865 | |
| Retail | 291 | | | | 1,546 | |
| Restaurant/Bar | 280 | | | | 1,769 | |
| Unspecified Workplace | 244 | | | | 1,317 | |
| College/University/Other Higher Ed | 240 | +1 | +2 | +2 | 7,708 | +4 |
| Government/Public Service | 154 | | | | 905 | |
| Jail/Prison/Juvenile Detention Center | 149 | | | +2 | 5,921 | |
| Other | 145 | | | +1 | 847 | |
| Healthcare Faciliity | 128 | | +1 | +1 | 1,027 | |
| Religious gathering | 107 | | | | 1,097 | |
| Food Manufacturing | 105 | | | | 970 | |
| Sporting Event | 94 | | | | 664 | |
| Industrial/Warehouse | 94 | | | | 821 | |
| Summer Camp | 89 | | | | 639 | |
| Other care provider setting | 81 | | | | 736 | |
| Geographic (i.e. locality, zip code) | 45 | | | | 537 | |
| Transportation | 40 | | | | 209 | |
| Arts & Entertainment | 37 | | | | 396 | |
| Construction | 36 | | | | 183 | |
| Gym/Fitness Class | 35 | | | | 222 | |
| Mass Gathering Event | 34 | | | | 640 | |
| Hair Salon/Barber and Personal Care | 34 | | | | 136 | |
| Power/Utilities | 31 | | | | 172 | |
| Accommodations | 29 | | | | 176 | |
| Agri., Forestry, Fishing & Hunting | 22 | | | | 204 | |
| Work-setting with immunocompromised.. | 16 | | +1 | +1 | 82 | |
| Shelter | 12 | | | | 61 | |

### Daily Community Cluster Summary by Region

| Region | Clusters | 1 Day | 1 Week | 4 Weeks | Associated Cases | (vs. prior day) |
|---|---|---|---|---|---|---|
| Grand Total | 4,829 | +1 | +6 | +14 | 47,603 | +4 |
| Mid-Hudson | 916 | +1 | +5 | +9 | 6,722 | +4 |
| Long Island | 896 | | | | 8,978 | |
| Central New York | 814 | | +1 | +1 | 8,501 | |
| Southern Tier | 516 | | | | 5,055 | |
| Finger Lakes | 479 | | | +1 | 4,915 | |
| Capital Region | 454 | | | +2 | 2,980 | |
| Mohawk Valley | 345 | | | | 4,016 | |
| Western New York | 284 | | | | 3,225 | |
| North Country | 197 | | | +1 | 3,211 | |

## Active Cluster Spread by Cluster
**Report Data as of 2/16/2022**

- Note on multi-county clusters: Clusters that appear across multiple counties are now reported together as the same cluster if they originated at the same source. Each county where that cluster appears, as well as its associated case/contact counts, are listed as separate rows within the cluster on the detailed cluster report. These multi-county clusters are only counted once in the overall cluster counts on the summary report page.
- A cluster is defined as 2 or more non-household laboratory-confirmed cases of SARS-CoV-2 infection among individuals with an epidemiological link (i.e., event, extended family, workplace, childcare, school, university, sports team/event, etc.).
- This dashboard is not comprehensive of all clusters, as reporting clusters into CommCare varies by county and region.

| Cluster Name | Cluster Type | Region of Cluster Site | County of Cluster Site | County of Residence | Case Type | Start Date | Last Updated Date | Total Cases | Total Contacts |
|---|---|---|---|---|---|---|---|---|---|
| SUNY New Paltz friends Feb.2022 | College/University/Other Higher Ed | - | - | Ulster | Customer(s) (patron, student, or resident) | 2/16/2022 | 2/16/2022 | 4 | 0 |
| | | | | Grand Total | | | | 4 | 0 |