

# COVID Data Tracker

**United States at a Glance**                                                                                   Collapse —

**United States**
At a Glance

**Cases** Total    **77,179,255**
Last 30 Days

**Deaths** Total    **910,373**
Last 30 Days

**80.6% of People 5+ with At Least One Vaccination**

**Community Transmission**    High

- Data Tracker Home
- COVID Data Tracker Weekly Review
- Your Community ＋
- Health Equity Data
- Pediatric Data
- Pregnancy Data
- Vaccination Delivery and Coverage ＋
- Vaccine Effectiveness and Breakthrough Surveillance ＋
- Cases, Deaths, and Testing ＋
- Demographic Trends —
  - **Trends in Cases and Deaths by Race/Ethnicity, Age, and Sex**
  - Total Cases and Deaths by Race/Ethnicity, Age, and Sex

## COVID-19 Weekly Cases and Deaths per 100,0 Population by Age, Race/Ethnicity, and Sex

View Footnotes and Additional Information



Microsoft Power BI    ‹  4 of 7  ›

**Footnotes and Additional Information**
Expand each accordion to view footnotes

Footnotes

View and Download COVID-19 Case Surveillance Public Use Data with Geography

Cases and Deaths by Urban/Rural Status and Social Factors

Health Care Settings +

Variants and Genomic Surveillance +

Antibody Seroprevalence +

People at Increased Risk +

Multisystem Inflammatory Syndrome in Children (MIS-C)

Wastewater Surveillance

Prevention Measures and Social Impact +

Additional COVID-related Data +

Communications Resources

COVID-19 Home

✉ Get Email Updates

Sign up to receive the COVID Data Tracker Weekly Review.

Email Address:

Email Address

What's this?   Submit

**HAVE QUESTIONS?**

Visit CDC-INFO
Call 800-232-4636
Email CDC-INFO
Open 24/7

**CDC INFORMATION**
About CDC
Jobs
Funding
Policies

File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility
Vulnerability Disclosure Policy

**CONNECT WITH CDC**

       

U.S. Department of Health & Human Services
USA.gov
CDC Website Exit Disclaimer