

# COVID Data Tracker

**United States at a Glance**  Collapse —

**United States** At a Glance

**Cases** Total  **77,179,255**
Last 30 Days

**Deaths** Total  **910,373**
Last 30 Days

**80.6% of People 5+ with At Least One Vaccination**

**Community Transmission**  High



| | |
|---|---|
| Data Tracker Home | COVID-19 Weekly Cases and Deaths per 100,000 Population by Age, Race/Ethnicity, and Sex |
| COVID Data Tracker Weekly Review | View Footnotes and Additional Information |
| Your Community + | |
| Health Equity Data |  |
| Pediatric Data | |
| Pregnancy Data | |
| Vaccination Delivery and Coverage + | |
| Vaccine Effectiveness and Breakthrough Surveillance + | |
| Cases, Deaths, and Testing + | Microsoft Power BI   < 4 of 7 > |
| Demographic Trends — | **Footnotes and Additional Information** Expand each accordion to view footnotes |
| **Trends in Cases and Deaths by Race/Ethnicity, Age, and Sex** | Footnotes |
| Total Cases and Deaths by Race/Ethnicity, Age, and Sex | View and Download COVID-19 Case Surveillance Public Use Data with Geography |

- Cases and Deaths by Urban/Rural Status and Social Factors
- Health Care Settings +
- Variants and Genomic Surveillance +
- Antibody Seroprevalence +
- People at Increased Risk +
- Multisystem Inflammatory Syndrome in Children (MIS-C)
- Wastewater Surveillance
- Prevention Measures and Social Impact +
- Additional COVID-related Data +
- Communications Resources
- COVID-19 Home

✉ Get Email Updates

Sign up to receive the COVID Data Tracker Weekly Review.

Email Address:

[Email Address]

What's this?   Submit

**HAVE QUESTIONS?**

- Visit CDC-INFO
- Call 800-232-4636
- Email CDC-INFO
- Open 24/7

**CDC INFORMATION**
About CDC
Jobs
Funding
Policies

File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility
Vulnerability Disclosure Policy

**CONNECT WITH CDC**



U.S. Department of Health & Human Services
USA.gov
CDC Website Exit Disclaimer