# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
# BINGHAMTON DIVISION

| | |
|---|---|
| **William A. Jacobson**, on behalf of himself and others similarly situated, | Civil Action No. 3:22-cv-00033-MAD-ML |
| *Plaintiff*, | |
| v. | |
| **Mary T. Bassett**, in her official capacity as Acting Commissioner of the New York Department of Health, | |
| *Defendant*. | |

## [PROPOSED] ORDER

This matter comes before the Court on unopposed motion for leave to file an *amicus curiae* brief of the National Birth Equity Collaborative, National Medical Association, American Medical Association, Medical Society of the State of New York, American College of Physicians, American Public Health Association, Council of Medical Specialty Societies, New York State Academy of Family Physicians, Community Service Society of New York, Housing Works, Callen-Lorde Community Health Center, Partners in Health, and various medical, health equity, and social science professionals and academics. Having reviewed the motion and proposed brief, the Court exercises its discretion to **GRANT** the motion. The brief is deemed filed.

DATED this _____ day of _____, 2022.

_____
Hon. Mae D'Agostino
United States District Judge