IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
BINGHAMTON DIVISION

| | |
|---|---|
| **William A. Jacobson**, on behalf of himself and others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>**Mary T. Bassett**, in her official capacity as Acting Commissioner of the New York Department of Health,<br><br>    *Defendant*. | Civil Action No. 3:22-cv-00033-MAD-ML |

## NOTICE OF APPEARANCE

Please take notice that John Lewis hereby enters his appearance as counsel for Proposed *Amici*, National Birth Equity Collaborative, National Medical Association, American Medical Association, Medical Society of the State of New York, American College of Physicians, American Public Health Association, Council of Medical Specialty Societies, New York State Academy of Family Physicians, Community Service Society of New York, Housing Works, Callen-Lorde Community Health Center, Partners in Health, and medical and health equity professionals and academics in the above-captioned matter.

Please serve all paper and ECF notices and documents to the undersigned address.

Dated: February 23, 2022            Respectfully submitted,

                                                   */s/ John Lewis*
                                                   John Lewis (NDNY Bar No. 703354)
                                                   Democracy Forward Foundation
                                                   P.O. Box 34553
                                                   Washington, DC 20043
                                                   (202) 448-9090
                                                   jlewis@democracyforward.org

                                                   *Counsel for Amici*