

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2608

March 16, 2022

<u>Via ECF</u>
Honorable Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207-2924

Re:   *Jacobson v. Bassett*
      22-CV-0033 (MAD)(ML)

Dear Judge D'Agostino:

    In connection with the above-referenced action, I am writing to alert the Court to yesterday's decision in the case of *Roberts v. Bassett*, 22-CV-710 (NGG)(RML) (E.D.N.Y. Mar. 15, 2022), ECF No. 35.  A copy of the decision is included herewith.

                                                Very truly yours,

                                                s/ *Adrienne J. Kerwin*

                                                Adrienne J. Kerwin
                                                Assistant Attorney General
                                                Bar Roll No. 105154

Encl.

cc (via ECF):  All counsel of record