**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

WILLIAM A. JACOBSON, on behalf of himself
and others similarly situated,

*Plaintiff*,

v.

MARY T. BASSETT, in her official capacity as
Acting Commissioner of the New York
Department of Health,

*Defendant.*

Case No. 3:22-cv-00033-MAD-ML

**NOTICE OF APPEAL**

Plaintiff William A. Jacobson now appeals to the U.S. Court of Appeals for the Second Circuit this Court's order and final judgment, entered on March 25, 2022, granting Defendant's motion to dismiss, denying Plaintiff's motion for a preliminary injunction, and denying Plaintiff's motion for class certification. *See* Dkt. No. 53.

Dated:  March 31, 2022                    Respectfully submitted.

                                          */s/ J. Michael Connolly*

Gene P. Hamilton*                         Jonathan F. Mitchell*
Virginia Bar No. 80434                    Texas Bar No. 24075463
Vice-President and General Counsel        Mitchell Law PLLC
America First Legal Foundation            111 Congress Avenue, Suite 400
300 Independence Avenue SE                Austin, Texas 78701
Washington, DC 20003                      (512) 686-3940 (phone)
(202) 964-3721                            (512) 686-3941 (fax)
gene.hamilton@aflegal.org                 jonathan@mitchell.law


                                          Jeffrey Harris*
Adam K. Mortara*                          Michael Connolly*
Illinois Bar No. 6282005                  James Hasson*
Lawfair LLC                               Consovoy McCarthy PLLC
125 South Wacker Drive Suite 300          1600 Wilson Boulevard, Suite 700
Chicago, Illinois 60606                   (703) 243-9423
(773) 750-7154                            jeff@consovoymccarthy.com
adam@mortaralaw.com                       mike@consovoymccarthy.com
                                          james@consovoymccarthy.com

James P. Trainor
New York Bar No. 505767                   * *admitted pro hac vice*
Trainor Law PLLC
2452 U.S. Route 9
Malta, New York 12020                     *Counsel for Plaintiff and the Proposed Class*
518-899-9200 (phone)
jamest@trainor-lawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on March 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

*/s/ J. Michael Connolly*