UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

WILLIAM A. JACOBSON, *on behalf of himself and others similarly situated*,

                **Plaintiff**,

vs.   3:22-CV-00033 (MAD/ML)

MARY T. BASSETT, *in her official capacity as Acting Commissioner of the New York Department of Health*,

                **Defendant.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's cross motion to dismiss (Dkt. No. 42) is **GRANTED**; and the Court further **ORDERS** that Plaintiff's motions to certify a class (Dkt. No. 33) and for a preliminary injunction (Dkt. No. 34) are **DENIED as moot**; and the Court further **ORDERS** that all claims against Defendant are **DISMISSED without prejudice**; and the Court further **ORDERS** that the Clerk of the Court enter judgment in defendants favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 25th day of March, 2022.

DATED: April 1, 2022

*[Signature]*
Clerk of Court

                s/Britney Norton
                Deputy Clerk