UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

　　Please take notice that on March 31, 2022 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

　　I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

　　The following documents *are not* available electronically. Please notify the Binghamton Clerk's Office if you need any of the following documents:

Docket No.(s):

　　　　　　　　　　　　　　IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Binghamton, New York, this 1st day of April, 2022.

　　　　　　　　　　　　　　*/s/ John Domurad*
　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　By:　Max A. Prebit
　　　　　　　　　　　　　　　　　Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | William A. Jacobson v. Mary T. Bassett, et al.   3:22-cv-00033 |
| Docket No. of Appeal: | 54 |
| Document Appealed: | 53 |

Fee Status:　Paid _X_　　Due ___　　Waived (IFP/CJA) ___　　IFP revoked ___
　　　　　　　Application Attached ___　IFP pending before USDJ ___

Counsel:　　　　　Retained _X_　　Pro Se ___

Time Status:　　　Timely _X_　　　Untimely ___

Motion for Extension of Time:　　Granted _X_　　Denied ___

Certificate of Appealability:　　Granted ___　　Denied ___　　N/A _X_

State Court Papers are being sent by UPS as of: _____